## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| DESTANY SAMPSON, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action File No. |
| | ) | 4:26-cv-03206 |
| vs. | ) | |
| | ) | |
| CONSUMER PORTFOLIO SERVICES | ) | |
| INC., KOVO CREDIT, INC., SPRING | ) | |
| OAKS CAPITAL, LLC, EXPERIAN | ) | |
| INFORMATION SOLUTIONS, INC., | ) | |
| TRANS UNION, LLC, and EQUIFAX | ) | |
| INFOMRATION SERVICES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DEFENDANT KOVO CREDIT, IN.C'S
## CERTIFICATE OF INTERESTED PARTIES

Pursuant to Fed. R. Civ. P. 7.1, Defendant Kovo Credit, Inc., ("Defendant") and files this Certificate of Interested Parties who may have a financial interest in the outcome of this case:

- Plaintiff Destany Sampson: 6815 Telford Hollow Trl. Richmond, Texas 77407.

- Defendant Kovo Credit, Inc., and its attorneys: John H. Bedard Law Group, P.C. 4855 River Green Parkway Suite 310 Duluth, Georgia 30096.

- Defendant Spring Oaks Capital, LLC and its attorneys: David Sander. 9442 N. Capital of Texas Hwy Plaza 1, Ste. 500 Austin, Texas 78759.

- Defendant Consumer Portfolio Services, Inc.

- Defendant Experian Information Solutions, Inc.

- Defendant Trans Union LLC

- Defendant Equifax Information Service LLC

The undersigned, counsel of record for Defendant hereby certifies pursuant to Rule 7.1(a) Fed. R. Civ. P. that Defendant is not a publicly traded company and no publicly owned entity owns 10% or more of Defendant. Defendant's parent company is Kovo Inc.

Respectfully submitted this 22nd day of June 2026.

**BEDARD LAW GROUP, P.C.**

*/s/John H. Bedard, Jr.*
John H. Bedard, Jr.
Georgia Bar No. 043473
*Counsel for Defendant*
*Kovo Credit, Inc.*

4855 River Green Parkway
Suite 310
Duluth, Georgia 30096
Telephone: (678) 253-1871
jbedard@bedardlawgroup.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| DESTANY SAMPSON, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action File No. |
| | ) | 4:26-cv-03206 |
| vs. | ) | |
| | ) | |
| CONSUMER PORTFOLIO SERVICES | ) | |
| INC., KOVO CREDIT, INC., SPRING | ) | |
| OAKS CAPITAL, LLC, EXPERIAN | ) | |
| INFORMATION SOLUTIONS, INC., | ) | |
| TRANS UNION, LLC, and EQUIFAX | ) | |
| INFOMRATION SERVICES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I electronically filed Defendant Kovo Credit, Inc.'s Certificate of Interested Persons with the Clerk using the CM/ECF system which will automatically send email notification to the following attorneys of record as follows:

David Sander
dsander@sbylaw.com

I further certify that I served the non-CM/ECF participant  by depositing a copy of the same in the United States Mail in a properly addressed envelope with adequate postage thereon to:

Destany Sampson
6815 Telford Hollow Trl.
Richmond, Texas 77407

Respectfully submitted this 22nd day of June 2026.

**BEDARD LAW GROUP, P.C.**

<u>/s/John H. Bedard, Jr.</u>
John H. Bedard, Jr.
Georgia Bar No. 043473
*Counsel for Defendant*
*Kovo Credit, Inc.*