UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DESTANY SAMPSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 4:26-cv-03206 |
| | § | |
| CONSUMER PORTFOLIO SERVICES INC., | § | |
| KOVO CREDIT INC., SPRING OAKS | § | |
| CAPITAL, LLC, EXPERIAN INFORMATION | § | |
| SOLUTIONS, INC., TRANS UNION LLC, | § | |
| EQUIFAX INFORMATION SERVICES, LLC, | § | |
| | § | |
| Defendants. | § | |

**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S**
**CERTIFICATE OF INTERESTED PARTIES**

Pursuant to Federal Rule of Civil Procedure 7.1, Equifax Information Services LLC, hereby provides the following certificate of interested parties:

- Destany Sampson (Plaintiff)

- Consumer Portfolio Services Inc. (Defendant)

- Kovo Credit Inc. (Defendant)

- Spring Oaks Capital, LLC (Defendant)

- Experian Information Solutions, Inc. (Defendant)

- Trans Union LLC (Defendant)

- Equifax Information Services LLC (Defendant)

Equifax is a wholly-owned subsidiary of Equifax Inc. Equifax Inc., which is a publicly traded company on the New York Stock Exchange, is the sole parent of Equifax. No other entity owns 10% or more of Equifax's stock.

288402934.v1

Dated:  June 23, 2026

Respectfully submitted,

By:  */s/ Forrest M. "Teo" Seger III*

**FORREST M. "TEO" SEGER III**
Attorney-in-charge
Texas Bar No. 24070587
Southern District Bar No. 125540
**CLARK HILL PLC**
2301 Broadway St.
San Antonio, Texas 78215
(210) 250-6000
(210) 250-6100 (Fax)

**ATTORNEY FOR DEFENDANT,
EQUIFAX INFORMATION SERVICES LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2026, a true and correct copy of the foregoing *Defendant Equifax Information Services LLC's Certificate of Interested Parties* was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

I further certify that on June 23, 2026, a true and correct copy of the foregoing *Defendant Equifax Information Services LLC's Certificate of Interested Parties* was served on Pro Se Plaintiff, via United States Mail, to the address set forth below:

Destany Sampson
6815 Telford Hollow Trail
Richmond, Texas 77407
*Pro Se Plaintiff*

*/s/ Forrest M. "Teo" Seger III*
Forrest M. "Teo" Seger III

2