United States District Court
Southern District of Texas
**ENTERED**
July 09, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| Destany Sampson, | § § § § | |
| *Plaintiff,* | § § | |
| | § | Civil Action No. 4:26-cv-03206 |
| v. | § § | |
| Consumer Portfolio Services, Inc., et al. | § § § | |
| | § | |
| *Defendants.* | § | |

### <u>ORDER OF NON-COMPLIANCE AND<br>RESETTING RULE 16 CONFERENCE</u>

By order dated April 23, 2026 this Court set the case for an initial scheduling conference on July 17, 2026.  Dkt. 3.  That order explicitly required the parties to submit a Joint Discovery Case Management Plan and proposed scheduling order by July 6, 2026.  *Id.* at 3.  As of this date, no JDCMP has been filed.

It is therefore **ORDERED** that the initial scheduling conference previously set for July 17, 2026 (Dkt. 3), is hereby **RESCHEDULED** for

**August 14, 2026**
at 9:30 a.m.
by Zoom.

The parties are reminded that they <u>must confer</u> per Fed. R. Civ. P. 26(f) and submit the Joint Discovery Case Management Plan to this Court at least

fourteen days before the conference date.  *See* Dkt. 3.  Failure to comply may result in sanctions, including dismissal of the action and assessment of fees and costs.  *See id.* at 5.

Signed on July 9, 2026, at Houston, Texas.

_____
Yvonne Y. Ho
United States Magistrate Judge