United States District Court
Southern District of Texas
**ENTERED**
August 25, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| Destany Sampson, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil No. 4:26-cv-3206 |
| | § | |
| Consumer Portfolio Services Inc, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER ON DISMISSAL**

On August 18, 2026, Plaintiff Destany Sampson and Defendant Trans Union LLC jointly stipulated to the dismissal of this action with respect to Plaintiff's claims against Defendant. Doc. 39. By effect of the Parties' stipulation, Plaintiff's claims against Defendant Trans Union LLC are DISMISSED WITH PREJUDICE. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Nat'l City Golf Fin. v. Scott*, 899 F.3d 412, 415 (5th Cir. 2018) ("In a multi-defendant suit, the plaintiff may single out a party for dismissal; in those cases only the dismissed defendant need sign the stipulation."). Each party shall bear its own costs, expenses, and attorneys' fees.

**SO ORDERED.**

**SIGNED** at Houston, Texas, on the 25th of August, 2026.

Nicholas J. Ganjei
United States District Judge